DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

NICHOLAS MOORE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2436

_____

March 27, 2026

Appeal from the Circuit Court for Pasco County; Mary M. Handsel,
Judge.

Blair Allen, Public Defender, and Lisa Martin, Assistant Public Defender,
Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and William A. Leto,
Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.